IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAL BERRY                   :          CIVIL ACTION
                              :
        v.                    :
                              :
EARLY WARNING SERVICES, LLC   :          NO. 25-4638

ORDER

AND NOW, this 30th day of April 2026, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendant Early Warning Services, LLC to dismiss the complaint (Doc. # 13) is GRANTED.


BY THE COURT:


/s/  Harvey Bartle III
                                                    J.