IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL BERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EARLY WARNING SERVICES, LLC | : | NO. 25-4638 |

ORDER

AND NOW, this 27th day of August 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The clerk of Court shall REOPEN this case;

(2) The motion for leave to file an amended complaint (Doc. #18) is DENIED with respect to his claims relating to the Citizens Bank account ending in 2049. The motion is otherwise GRANTED; and

(3) Plaintiff shall file on or before Tuesday, September 8, 2026, his amended complaint limited solely to the allegations relating to the Citizens Bank account ending in 6894.

BY THE COURT:

/s/ Harvey Bartle III
J.