IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL BERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EARLY WARNING SERVICES, LLC | : | NO. 25-4638 |

ORDER

AND NOW, this 4th day of November, 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Early Warning Services, LLC to dismiss the Amended Complaint (Doc. # 25) is GRANTED in part and DENIED in part;

(2) The motion of defendant Early Warning Services, LLC to dismiss plaintiff's claims under 15 U.S.C § 1681i is GRANTED;

(3) The motion of defendant Early Warning Services, LLC to dismiss plaintiff's claims under 15 U.S.C § 1681e(b) is GRANTED to the extent that plaintiff alleges claims that accrued prior to August 13, 2023, and to the extent that plaintiff alleges any willful violations; and

(4) The motion of defendant Early Warning Services, LLC to dismiss is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.